### GENERAC POWER SYSTEMS, INC., Plaintiff–Appellant,

v.

### KOHLER COMPANY, Defendant–Appellee,

and

### Total Energy Systems, LLC, Defendant–Appellee.

No. 2013–1311.

United States Court of Appeals, Federal Circuit.

May 13, 2014.

H. Michael Hartmann, Leydig, Voit & Mayer, Ltd., of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Eley O. Thompson, John K. Winn, and Michael J. Brandt.

Jonathan H. Margolies, Michael Best & Friedrich LLP, of Milwaukee, WI, argued for defendant-appellee Kohler Company. With him on the brief were Katherine W. Schill, Richard H. Marschall and Melanie J. Reichenberger.

Aaron T. Olejniczak, Andrus, Sceales, Starke & Sawall LLP, of Milwaukee, WI, for defendant-appellee Total Energy Systems, LLC. With him on the brief was George H. Solveson.

PROST, MAYER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.